Frank E. Scholl, appellant, v. Percy L. Tallman et al., appellees. Gen. No. 39,326.

 Heard in the second division of this court for the first district at the February term, 1937. 

Opinion filed October 19, 1937.

Walter E. Moss, for appellant. Eckert & Peterson, for appellees; Tom Leeming, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

The First National Bank of Chicago, appellee, v. Harry S. Lorch et al., defendants. Harry S. Lorch and Lorraine Lorch, appellants. Gen. No. 39,335.

 Heard in the second division of this court for the first district at the February term, 1937. Opinion filed October 19, 1937.

Blech, Herson & Gordon, for appellants. Packard, Barnes, Mc-Caughey & Schumacher, for appellee; Thomas B. Gilmore, of counsel.

Mr. Justice Scanlan delivered the opinion of the court.

Albert Izenman, appellee, v. Guy A. Richardson et al., receivers, trading as Chicago Surface Lines, appellants. Gen. No. 39,237.

 Heard in the second division of this court for the first district at the December term, 1936. Opinion filed October 19, 1937.

Frank L. Kriete, Warner H. Robinson and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel. Thomas M. Morris, for appellee.

Mr. Justice John J. Sullivan delivered the opinion of the court.

Curtis Hooper, appellant, v. Wabash Automotive Corporation et al., appellees. Gen. No. 39,384.

 Heard in the second division of this court for the first district at the October term, 1936. Opinion filed October 19, 1937.

Edwin Hamilton, for appellant. George Gillette, Charles F. Grimes, Elmer M. Leesman and Robert F. Munsell, for appellees.

Mr. Justice John J. Sullivan delivered the opinion of the court.